**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**ERIC L. JOHNSON, as
Receiver of NEXT-GEN, INC.,
et al.,**

      **Plaintiffs,**

**v.**                        **Case No. 4:18mc5-MW/CAS**

**Real and Personal Property
of NEXT-GEN, INC., et al.,
in the Northern District of Florida.**

      **Defendants.**
_____/

**ORDER ACCEPTING AND ADOPTING
<u>REPORT AND RECOMMENDATION</u>**

This Court has considered, without hearing, the Magistrate Judge's Report and

Recommendation. ECF No. 5. Upon consideration, no objections having been filed by

the parties,

      **IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to

prosecute and failure to comply with a Court Order." The Clerk shall also close the file.

      **SO ORDERED on September 17, 2019.**

                            <u>**s/Mark E. Walker**</u>
                            **Chief United States District Judge**